COMMONWEALTH *vs.* CHARLES HYNEMAN.

To a complaint against a licensed victualler for selling intoxicating liquors on the Lord's day, in violation of St. 1868, *c.* 141, § 10, it is no defence that the defendant was a Jew and conscientiously believed that the seventh day of the week ought to be observed as the Sabbath.

COMPLAINT against a licensed victualler for violation of the St. of 1868, *c.* 141, § 10. The case is stated in the opinion.

*T. H. Tyndale,* for the defendant.

*C. Allen,* Attorney General, for the Commonwealth.

CHAPMAN, C. J. The defendant is found guilty of selling intoxicating liquors on the Lord's day, contrary to the provisions of St. 1868, *c.* 141. He has a license; but, by § 10, the license does not authorize him to sell on that day. But he offered to prove that he was a Jew, conscientiously believing that the seventh day is the Sabbath. His conscientious belief might protect him from a prosecution for violating the provisions of the Gen. Sts. *c.* 84, by acts of secular labor on the Lord's day (see § 9), provided he violated no other law. But it is no excuse for his violation of the law respecting the sale of intoxicating liquors. *Exceptions overruled.*